*Friday, December 7, 2001*

## MOTION DOCKET

**01–1913. State v. Vandergriff.**
Ashtabula App. No. 99–A–0075. On December 3, 2001, appellee filed a memorandum in response that was due November 28, 2001. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of any document that is not timely,

IT IS ORDERED by the court, *sua sponte,* that appellee's memorandum in response be, and hereby is, stricken.

*Monday, December 10, 2001*

## MISCELLANEOUS DOCKET

| | | |
|---|---|---|
| In re Report of the Commission on Continuing Legal Education. | : : : | |
| | : | ENTRY |
| Edward Luke Carson ( # 0002642), Respondent. | : : | |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1990–1991 reporting period.

On June 18, 1993, the court adopted the recommendation of the commission, imposed a sanction fee upon the respondent and suspended the respondent from the practice of law pursuant to Gov.Bar R. X(6)(B)(3), and Gov.Bar R. X(5)(A)(4). The court further ordered that respondent shall not be reinstated to the practice of law in Ohio until respondent complies with the requirements for reinstatement set forth in Gov.Bar R. X(7).

On October 15, 2001, the commission filed a recommendation pursuant to Gov.Bar R. X(7)(B)(2), finding that the respondent has paid all fees assessed for noncompliance, has made up all deficiencies and is now in full compliance with all requirements of Gov.Bar R. X, and recommending that the respondent be reinstated to the practice of law in Ohio. On October 15, 2001, the commission certified that respondent had completed the credit hours of continuing legal education required during his suspension by this court's order of suspension. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the commission is adopted and respondent, Edward Luke Carson, is hereby reinstated to the practice of law.

*Tuesday, December 11, 2001*

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**01–1886. State ex rel. St. Clement of Ohrid Macedonian Orthodox Church v. McGough.**
Lorain App. No. 01CA007787.